November 7, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DREXEL CORPORATION, Appellant

NO. 14-13-00353-CV                       V.

EDGEWOOD DEVELOPMENT, LTD, Appellee

_____

 This cause, a permissive interlocutory appeal from the order signed April 15, 2013 in favor of appellee Edgewood Development, Ltd, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's ruling. We order the trial court's order **AFFIRMED**.

 We order appellant Drexel Corporation to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.